CHEN, J.
BLOOM, M.J.

CV 14 4278

ORIGINAL

Complaint
Jury Trial Demanded

NAME AND ADDRESS of Plaintiff BRENDA JOHNSON
105-31 191 STREET
QUEENS NY 11412    PRO SE

NAME AND ADDRESS of Defendants    (PAGE 1 of 2)
The City of New York et al.
The New York City Police Department
ONE POLICE PLAZA
NEW YORK NY 10038

The New York City Criminal Court County of Queens
125-01 QUEENS Blvd.
KEW GARDENS NY 11415

The NYC Law Department
The Corporation Counsel of New York City
100 CHURCH STREET
NEW YORK NY 10007

P.O. Reinaldo Alvarez Tax # 927853
103RD PRECINT  EDWARD
168-02 P.O. BYRNE AVE.
JAMAICA NY 11432

RECEIVED
JUL 11 2014
PRO SE OFFICE

P.O. JOHN DOES # 1-8
UNKNOWN
NEW YORK CITY POLICE DEPT.
ONE POLICE PLAZA
NEW YORK NY 10038

Brenda Johnson
(917) 734-4741

July 11, 2014

1

COMPLAINT
JURY TRIAL DEMANDED

NAME AND ADDRESS
OF Plaintiff BRENDA JOHNSON
105-31 191 STREET
QUEENS NY 11412    PRO SE

NAME AND ADDRESS OF DEFENDANTS    CONTINUED (Page 2 of 2)
ADA Harry Nussdorf
CRIMINAL COURT OF THE CITY OF NEW YORK
125-01 QUEENS Blvd.
KEW GARDENS NY 11415

ADA Deborah Wassel
CRIMINAL COURT OF THE CITY OF NEW YORK
125-01 QUEENS Blvd.
KEW GARDENS NY 11415

JUDGE Suzanne Melendez
CRIMINAL COURT OF THE CITY OF NEW YORK
125-01 QUEENS Blvd.
KEW GARDENS NY 11415

JUDGE STEPHANIE ZARO
CRIMINAL COURT OF THE CITY OF NEW YORK
125-01 QUEENS Blvd
KEW GARDENS NY 11415

JUDGE Elise Koenderman
CRIMINAL COURT OF THE CITY OF NEW YORK
125-01 QUEENS Blvd.
KEW GARDENS NY 11415

Brenda Johnson
(917) 734-4741
July 11, 2014

2

United States District Court
Eastern District of New York

Complaint
JURY TRIAL DEMANDED

Brenda Johnson
          Plaintiff
                              PRO SE
    against

New York City et al
The New York City Police Department
P.O. Reinaldo Alvarez tax # 922853 individually and official capacity of an employee of the City of New York Police Department, Police Officers John Does #1-8 individually and official capacity of an employee of The City of New York police department Emergency Service Unit/Hostage Negotiation Unit. The New York City Criminal Court county of Queens. ADA Harry Nussdorf individual and official capacity as an employee of The NYC Criminal Court County of Queens. ADA Deborah Wassel individually and official capacity as an ADA in The New York City Criminal Court County of Queens. Judge Suzanne Melendez individually and official capacity as Judge for The New York City Criminal Court county of Queens. Judge Stephanie Zaro individually and official capacity as Judge for The New York City Criminal Court county of Queens. Judge Elise Koenderman individual and official capacity as an employee of The City of New York county of Queens.

July 11, 2014

Brenda Johnson
(918) 734-4741

Complaint
Jury Trial Demanded

The jurisdiction of the court is invoked pursuant to 28 USC 1983

United States code which contains all Federal law

All persons should freely report to the courts for redress of wrong (and) the law protects them when they act in good faith and upon reasonable ground.

Venue is proper in the United States District Court for the Eastern District of New York pursuant to 28 USC, because at least one of the defendants resides in the Eastern District.

Plaintiff demand a jury trial in this action on each and everyone of the claims.

Brenda Johnson
(917) 534-4741

Complaint
Jury Trial Demanded

The New York City Police Department

Defendant City of New York is a municipal corporation duly incorporated and authorized under the laws of the State of New York pursant to §§ 431 of its Charters. The City of New York is authorized under the laws of The State of New York to maintain a police Department. The New York Police Department (NYPD) which acts as its agent in the area of law enforcement and for which it is ultimately responsible the city assumes the risk incidental to maintenance of a Police force and employment of police officers.

At all revelant times The City of New York and its hired employed, supervised and controlled the individual defendants.

July 11, 2014

Brenda John
(918) 734-4741

5

## Criminal Court Jurisdiction

NYC Criminal Court has trial jurisdiction over misdemeanor and petty offenses (these where the defendant faces no more than one year in jail upon conviction after trial.)

Trial Jurisdiction means that once the defendant have been accused of the offense, the court has the authority to accept a plea of guilty conduct a trial or otherwise dispose of the charges.

Criminal Court handles all aspects of these cases from arraignment to trial readiness to final disposition

July 1, 2014

Brenda Jahn
(917) 734-4741

Complaint
Jury Trial Demanded

Criminal Court of the City of New York county of Queens
Criminal Court of the State of New York county of Queens

Defendants
Asistant District Attorneys
Assistant District Attorney of counsel to Richard A. Brown, the District Attorney of Queens County. Attorneys admitted to practice law in the State of New York.

Defendants
By Statute Criminal Court has 107 authorized judgeships. Each criminal court judge must be a resident of New York City. The judges are appointed by the Mayor of the City of New York

July 11, 2014

Brenda John
(917) 234-4741

7

Complaint
Jury Trial Demanded

Plaintiffs claims for declaratory and injuctive relief are authorized by USC and Rule 57 of the Federal Rules of Civil Procedure.

Award attorneys fee pursant to 42 U.S.C. s 1988
Award cost of Suit pursant to 42 USC 1920 AND 1988
Award Such other and further relief as this Court may deem appropriate and equitable, including injuctive and declaratory relief as may be required in the Interest of justice.

July 11, 2014

Brenda Johns
(912) 734-4741

8

## Complaint
### Jury Trial Demanded

This is a Civil Rights action brought by Plaintiff BRENDA JOHNSON to seek relief for the defendants violation of her civil rights secured by the Civil Rights Acts of 1871, 42 U.S.C. §§ 1983

Also the rights secured by the 4th (fourth) Amendment, 5th (fifth) Amendment, 6th (sixth) Amendment, 8th (eight) Amendment and 14th (fourteenth) Amendment of the United States Constitution

Plaintiff seek compensatory and punitive damages, injunctive and declatory relief and such other relief as this court deems equitable and just

Brenda Johnson
(917) 734-4741

9

Complaint
Jury Trial Demanded

Plaintiff was lawfully in House on August 10, 2011. At approximately 8:38pm (eight thirty) members of The New York City Police Department did unlawfully break into the house with assault weapons drawn in full military style gear to include helmets, veses and long assault rifles at 105-31 191 Street Jamaica Queens New York 11412. The New York City Police Department Officers unlawfully arrested Plaintiff inside of the house without cause or justification.

Plaintiff is a American citizen who is protected under The United States Constitution.

The New York City Police Department action violated Plaintiffs Civil Rights. 4th and 14th Amendment

The New York City Police who broke into the house and illegally handcuffed and arrested plaintiff never identified themselves. They did not say why Plaintiff was being illegally removed by force and they used excessive force including assault rifles weapons pointed directly at Plaintiff. Plaintiff civil rights were violated 8th Amendment

10

Brenda John
(917) 734-4741

Complaint
Jury Trial Demanded

The New York City Police Department has a policy where lower ranking officers (employees) have to obey the commands or orders given to them by their superior ranking officers (supervisors) This policy is a direct result in The United States Constitution (4th) fourth amendment being violated which protects citizens in their home and property. Plaintiffs property was taken from her person and was never vouchered and never returned. It was taken on August 10, 2011 At The New York City Police Department Precient by an unidentified Police Officer. Plaintiffs property was illegally taken. Plaintiffs (5th) Fifth Amendment right was violated. Plaintiff was also removed from precient on August 10, 2011 in handcuffs to hospital by Ambulance. Plaintiff suffered and needed medical attention because of the defendants fasely charged plaintiff with violations of the laws of The State of New York.

Brenda John
(917) 734-4741

Complaint
Jury Trial Demanded

Plaintiff's property and belongings inside of the home were destroyed and several things missing after she was illegally removed. Plaintiff had to replace several items to include legal documents. As a result of the Police Officers actions her United States Constitutional Rights under the 4th (fourth), 8th (eight) and 14th (fourteenth) Amendments were violated and Plaintiff experienced physical, personal and emotional injuries, pain and suffering, fear an invasion of privacy, psychological pain, emotional distress, mental anguish, embarrassment and humiliation. Also a lost of employment which she had ten (10) years seniority.

Brenda Jahn
(917) 734-4741

12

Complaint

Jury Trial Demanded

The officers that did not touch Plaintiff failed to intervene and protect her from the above mentioned violations.

The New York City Police Department has a policy where they can assign an officer to be the arresting officer. The officer does not have to be the officer that handcuffed the person being arrested. As a result of this policy Plaintiffs Constitutional Rights under the Sixth (6th) Amendment was violated.

Brinda Jahn
(917) 734-4741

13

Complaint

Jury Trial Demanded

Plaintiff was required to appear in court for (17) seventeen court appearances. On several court appearances ADA Nussdorf answered for the people. ADA Nussdorf on September 16, 2011 and October 17, 2011 asked why is the case being handled by him. On January 30, 2012 ADA Nussdorf stated the people were not ready. Under New York State Criminal Procedure Law CPL 30.30. A misdemeanor sets legal time limitations (90) days. January 30, 2012 the case was six months (180 days) +plus after the arrest date. Plaintiffs case was continued and prolonged by ADA Nussdorf, ADA Deborah Wassel, Judge Stephanie Zaro, Judge Suzanne Melendez. And Judge Elisa Koenderman Plaintiff was to appear in one court part when the assigned ADA (Assistant District Attorney) was assigned to a different part the same date and time. Plaintiff was assigned to appear in one court part when the Judge was assigned to a different part.

At all times relevant herein the individual defendants acted intentionally, willfully, maliciously, negligently and with reckless disregard for and deliberate indifference to Plaintiffs rights and physical and mental well being. Plaintiffs civil rights guaranteed by the United States Constitution 6th (Sixth) Amendment was intentionally violated.

Brenda Juh
917 734-4741

14

## Complaint
### Jury Trial Demanded

Plaintiff was maliciously prosecuted as a result of this illegal arrest. The judicial system has been misused. Under New York State Rule Procedure Law CPL 30.30. which sets legal time limitations for AN A misdemeanor CPL 30.30 is 90 (ninety) days. Plaintiffs (6th(Sixth)) amendment was violated from the United States Constitution. Plaintiffs Civil rights were violated

Plaintiff was required to appear in court for Seventeen (17) court appearances. Plaintiff was illegally removed and arrested on August 10, 2011. Plaintiff remained in Jail on August 10, 2011. Plaintiff remained in Jail on August 11, 2011. Plaintiff remained in jail most of August 12, 2011. Plaintiff was R.O.R on August 12, 2011.

The lenghty court proceedings and the Dismissal of the case after (17) seventeen Court appearances to include August 2011 - December 2011, January 2012 - December 2012 and (3) three appearances in January 2013 and the Dismissal of the case by the Judge is evidence that it was made falsly maliciously and with the intent to harass, scandalize and injure plaintiff.

Brenda Jahn (917) 730-4741

15

Complaint
Jury Trial Requested

List of Court Appearances

2011
1. August 12, 2011
2. September 16, 2011
3. October 17, 2011
4. October 31, 2011
5. December 14, 2011

2012
6. January 30, 2012
7. February 29, 2012
8. April 12, 2012
9. May 17, 2012
10. June 22, 2012
11. July 31, 2012
12. September 07, 2012
13. October 19, 2012
14. December 11, 2012

2013
15. January 08, 2013
16. January 09, 2013
17. January 16, 2013

Brenda John
(917) 734-4741

16

Complaint
Jury trial Demanded

Plaintiff seeks relief from all defendants named below for violating civil Rights of The United States Constitution New York State constitution

Plaintiff seeks relief money 5,000,000% (Five million U.S. Dollars) TOTAL

Plaintiff seek relief as this court deems equitable and Just

Plaintiff seek Relief from

P.O. Reinaldo Alvarez Tax #927853    NYPD
P.O. Officers John Does # 1-8    NYPD
ADA Harry Nussdorf    NYC Queens criminal court
ADA Deborah Wassel    NYC Criminal court Queens County
Judge Suzanne Melendez    NYC Criminal court Queens County
Judge Stephanie Zaro    NYC Criminal court Queens County
Judge Elise Koenderman    NYC criminal Court Queens County
New York City Police Dept.
New York City

*[signature]*
917 734-4741

17

Complaint
Jury Trial Demandes

Plaintiff seeks relief from all defendants named below for violating his Civil Rights of
   The United States Constitution
   New York State Constitution

Plaintiff seeks monetary relief
   Money 5,000,000 00/100 (Five Million U.S. Dollars) Total

Plaintiff seeks relief from

| Defendant | Amount |
|---|---|
| The City of New York | 5,000,000 00/xx (five million) |
| The New York City Police Dept. | 5,000,000 00/xx (five million) |
| P.O. Reinaldo Alvarez | 5,000,000 00/xx (five million) |
| P.O.s John Does #1-8 | 5,000,000 00/xx (five million) |
| ADA Harry Nussdorf | 5,000,000 00/xx (five million) |
| ADA Deborah Wassel | 5,000,000 00/xx (five million) |
| Judge Stephanie Zaro | 5,000,000 00/xx (five million) |
| Judge Suzanne Melendez | 5,000,000 00/xx (five million) |
| Judge Elise Koenderman | 5,000,000 00/xx (five million) |
| The New York City Criminal Court County of Queens | 5,000,000 00/xx (five million) |

~~Five~~ Million Dollars Total

July 11, 2014   Brenda Johnson
                917 734-4741

18